**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:13-cr-00002-MMH-MCR

ARNOLD CLAYTON

### O R D E R

**THIS CAUSE** is before the Court on Defendant's Supplement to Sentence Reduction Motion (Doc. 205; Supplement). Pending before the Court are the following motions — Motion for Reduction Under § 404(B) of the First Step Act of 2018 (Doc. 176; 404(B) Motion), Defendant's Second Motion for Reduction of Sentence Pursuant to the First Step Act 404(B) of 2018 and Amendment 782 (Doc. 183; Second 404(B) Motion), Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines (Doc. 186; 3582(c)(2) Motion), and a Sentence Reduction Motion (Doc. 195; Sentence Reduction Motion) (collectively, Motions). In the Motions, Clayton seeks reductions in his sentence on various grounds, including the First Step Act, 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2), and amendments to the United States Sentencing Guidelines. See generally Motions. On January 17, 2025, President Biden commuted Clayton's sentence such that it will now expire on May 16, 2025. See Executive Grant of Clemency

(Doc. 206; Grant of Clemency); Supplement at 1.  In light of the Executive Grant of Clemency, Clayton no longer requests a reduction to his term of imprisonment and states that "he will serve out his remaining four months and continue his preparations to reintegrate into society."  See Supplement at 1.  In light of Clayton's affirmative representation that he no longer seeks a reduction of his sentence, the Court deems the Motions to be withdrawn and will direct the Clerk to terminate the Motions.

In the Supplement, Clayton includes a request to reduce his term of supervised release from six years to three years.  Id. at 1-2.  However, Clayton's inclusion of this request in the Supplement is improper.  If Clayton wishes to seek a reduction in the length of his term of supervised release, he must file a motion seeking that relief supported by any applicable legal authority.  See generally Federal Rules of Criminal Procedure (Rule(s)) 47. [1]  As such, the Court takes no action on this request.

Accordingly, it is

**ORDERED:**

1. In light of Clayton's representations, the Clerk of the Court is **DIRECTED** to terminate:

---

[1] In the Supplement, Clayton states that he seeks that reduction "for the reasons set forth in detail in his sentence reduction motion[.]"  Id.  But in the Sentence Reduction Motion, Clayton presents no argument or legal authority regarding a reduction of his term of supervised release.  See generally Sentence Reduction Motion.

    a. Defendant's Motion for Reduction Under § 404(B) of the First Step Act of 2018 (Doc. 176),

    b. Defendant's Second Motion for Reduction of Sentence Pursuant to the First Step Act 404(B) of 2018 and Amendment 782 (Doc. 183),

    c. Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines (Doc. 186), and

    d. Defendant's Sentence Reduction Motion (Doc. 195).

2. To the extent Clayton seeks a reduction in the length of his term of supervised release, Clayton must file a motion seeking that relief supported by any applicable legal authority.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of February, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc34

Copies to:
Counsel of Record